No. 86–378. PLANNED PARENTHOOD OF CENTRAL AND NORTHERN ARIZONA ET AL. *v.* BABBITT, GOVERNOR OF ARIZONA, ET AL. Cross-appeal from C. A. 9th Cir. dismissed. JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. — – ——. PARRO ET AL. *v.* DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION. Motion of petitioners to dispense with printing portions of the appendix to the petition for writ of certiorari granted.

No. A–271. CHURCH OF SCIENTOLOGY OF CALIFORNIA *v.* WOLLERSHEIM. Application for stay, presented to JUSTICE O'CONNOR, and by her referred to the Court, is granted and the order entered by JUSTICE O'CONNOR on October 8, 1986, is continued pending the timely filing and disposition of a petition for writ of certiorari. JUSTICE BRENNAN took no part in the consideration or decision of this order.

No. A–307. KOCZAK ET AL. *v.* DIXON ET AL. C. A. 3d Cir. Application for stay and other relief, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. D–581. IN RE DISBARMENT OF HYBSHA. It is ordered that Adolph Allison Hybsha, of Wichita, Kan., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–582. IN RE DISBARMENT OF GOODSTEIN. It is ordered that Harold Goodstein, of Commack, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.